# Third District Court of Appeal

## State of Florida

Opinion filed April 15, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0503
Lower Tribunal No. 15-26698-CA-01
_____

**Sanibel Realty Trust, LLC,**
Appellant,

vs.

**Nationstar Mortgage LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Wesoloski Carlson, P.A., and Erik Wesoloski, for appellant.

Troutman Pepper Locke LLP, and Anthony Calenzo (Atlanta, GA), for appellee.

Before SCALES, C.J., and FERNANDEZ, and LINDSEY, JJ.

PER CURIAM.

Affirmed.